

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-14-00249-CR**

Samuel James Gray § From the 396th District Court

§ of Tarrant County (1272861D)

v. § October 15, 2015

§ Opinion by Justice Walker

The State of Texas § (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Sue Walker_____
Justice Sue Walker